UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KATHY L. FREDERICK,

                Plaintiff,

                                                         ORDER
      v.                                                   11-CV-579A

BUFFALO ACADEMY OF THE VISUAL AND
PERFORMING ARTS,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On July 6, 2012, Magistrate Judge Scott filed a Report and Recommendation, recommending that the complaint be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the complaint is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.

                                                      *s/ Richard J. Arcara*
                                                    HONORABLE RICHARD J. ARCARA
                                                    UNITED STATES DISTRICT JUDGE

DATED: July 24, 2012